CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq. (SBN 111282)
Russell Handy, Esq. (SBN 195058)
Amanda Seabock, Esq. (SBN 289900)
Zachary Best, Esq. (SBN 166035)
8033 Linda Vista Road, Suite 200
San Diego, California 92111
Telephone No.: 858-375-7385
Fax No.: 888-422-5191
email: amandas@potterhandy.com

Attorneys for Plaintiff Chris Langer


Jolee Land, Esq. (SBN 240940)
PHELPS DUNBAR LLP
100 Ashley Drive South, Suite 2000
Tampa, Florida 33602
Telephone No.: 813-472-7550
Fax No.: 813-472-7570
email: jolee.land@phelps.com

Attorneys for Defendant Armstrong Flooring Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>    Plaintiff,<br><br>v.<br><br>Armstrong Flooring Inc., a Delaware Corporation,<br><br>    Defendant. | Case No. 4:21-cv-04876-HSG<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41 AND PROPOSED ORDER OF DISMISSAL** |

1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Chris Langer and Defendant Armstrong Flooring Inc. stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing his or its own attorney's fees and costs.

Dated: August 30, 2021                CENTER FOR DISABILITY ACCESS

                                      By:  /s/ Amanda Seabock
                                           Amanda Seabock
                                           Attorneys for Plaintiff
                                           Chris Langer

Dated: August 30, 2021                PHELPS DUNBAR LLP

                                      By:  /s/ Jolee Land
                                           Jolee Land
                                           Attorneys for Defendant
                                           Armstrong Flooring Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained concurrence in the filing of this document from all parties whose electronic signatures appear above.

Dated: August 30, 2021                By:  /s/ Jolee Land
                                           Jolee Land

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>     Plaintiff,<br><br>v.<br><br>Armstrong Flooring Inc., a Delaware Corporation,<br><br>     Defendant. | Case No. 4:21-cv-04876-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41** |

Pursuant to the stipulation of the parties under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing his or its own attorney's fees and costs.

DATED: August 31, 2021.

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE